IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Mariella A. Echeverri | : | CIVIL CASE |
| v. | : | |
| Pete J. Metros, et al. | : | No. 02-02836 |

## **O R D E R**

AND NOW, this _____ day of September 2002, IT IS HEREBY ORDERED AND DECREED that Plaintiff Mariella A. Echeverri's Motion for Severance of the Shareholder Derivative Actions from the Class Actions, Consolidation of all Shareholder Derivative Actions, and for Appointment of Lead Counsel (Docket No. 3) is hereby **DENIED with leave to renew**.[1]

BY THE COURT:

_____

HERBERT J. HUTTON, J.

---

[1] This case has been placed in Civil Suspense.